**Opinion issued March 28, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-22-00436-CV**

————————————

**GARY L. MILBURN, Appellant**

**V.**

**AESHA  A. LEE, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-85828**

---

**MEMORANDUM OPINION**

Appellant's brief was due to be filed on September 16, 2022.  On September 26, 2022, the Court issued a notice that we might dismiss the appeal if appellant did not file a brief or motion for extension on or before October 6, 2022.  Appellant did not file a timely brief or request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.